# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| AUSTIN MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:23-cv-00769-MTS |
| ) | |
| AUTO ASSURE, LLC, *doing business as* ) | |
| ENDURANCE CAR WARRANTY LLC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the parties' Joint Motion for Approval of FLSA Settlement, Doc. [35], and the Joint Motion for Leave to File Under Seal, Doc. [36]. After examining the settlement agreement and the parties' filings, the Court concludes that the litigation involves a bona fide dispute and that the settlement the parties propose is fair and equitable to each side. *See Tanner v. Empire Financing, Co.*, 4:19-cv-0825-SEP, 2020 WL 7316115, at *1–2 (E.D. Mo. Dec. 11, 2020); *see also Williams v. BPV Mkt. Place Invs., LLC*, 4:14-cv-1047-CAS, 2014 WL 5017934, at *2 (E.D. Mo. Oct. 7, 2014). Thus, the Court will approve the parties' settlement.[*]

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Approval of FLSA Settlement, Doc. [35], is **GRANTED**, and the parties' settlement is **APPROVED**.

---

[*] The Court further determines that the limited sealing the parties request is appropriate in this matter. *See, e.g., Moore v. Nat'l Vision, Inc.*, 4:23-cv-00593-MTS, 2023 WL 6200780, at *1 (E.D. Mo. Sept. 22, 2023).

**IT IS FURTHER ORDERED** that the parties' Joint Motion for Leave to File Under Seal, Doc. [36], is **GRANTED**, and the filing shall remain under seal indefinitely.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 29th day of May 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE